

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case: 4:23-cr-20506<br>Judge: Behm, F. Kay<br>MJ: Ivy, Curtis<br>Filed: 09-06-2023<br>INDI USA v. Matthew Green (tt) |
| Plaintiff, | |
| v. | |
| MATTHEW GREEN, | Violations: |
| Defendant. | 18 U.S.C. § 922(g)(1) |

**INDICTMENT**

**THE GRAND JURY CHARGES:**

FILED
SEP 06 2023
U.S. DISTRICT COURT
FLINT, MICHIGAN

<u>COUNT ONE</u>
FELON IN POSSESSION OF A FIREARM
**18 U.S.C. § 922(g)(1)**

On or about July 1, 2023, in the Eastern District of Michigan, MATTHEW GREEN, knowing he had been previously convicted of an offense punishable by a term of imprisonment exceeding one year, knowingly possessed, in and affecting commerce, a firearm, that is, a Taurus, 9mm, semi-automatic pistol, in violation of Title 18, United States Code, Section 922(g)(1).

1

## COUNT TWO
### FELON IN POSSESSION OF AMMUNITION
### 18 U.S.C. § 922(g)(1)

On or about July 1, 2023, in the Eastern District of Michigan, MATTHEW GREEN, knowing he had been previously convicted of an offense punishable by a term of imprisonment exceeding one year, knowingly possessed, in and affecting commerce, ammunition, that is, Blazer 9mm Luger ammunition, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATIONS
### 18 U.S.C. § 924(d)(1)

The allegations contained in Count One and Count Two of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1).

Upon conviction for the offenses charged in Count One and Count Two, Matthew Green shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), any firearm or ammunition involved in said offenses including, but not limited to, a Taurus, Model PT111 Millenium GS, 9mm, semi-automatic pistol, serial number TJM45634, and Blazer 9mm ammunition.

**THIS IS A TRUE BILL.**

Dated: Sept. 6, 2023

DAWN N. ISON
United States Attorney

s/ANTHONY P. VANCE
ANTHONY P. VANCE
Assistant United States Attorney
Chief – Branch Offices
600 Church Street
Flint, Michigan 48502-1280
Phone: (810) 766-5177
anthony.vance@usdoj.gov
P61148

s/BLAINE LONGSWORTH
BLAINE LONGSWORTH
Assistant United States Attorney
600 Church Street
Flint, Michigan 48502-1280
Phone: (810) 766-5177
Blaine.longsworth@usdoj.gov
P55984

s/GRAND JURY FOREPERSON
GRAND JURY FOREPERSON

| United States District Court<br>Eastern District of Michigan | Criminal Case Co... | Case: 4:23-cr-20506<br>Judge: Behm, F. Kay<br>MJ: Ivy, Curtis<br>Filed: 09-06-2023<br>INDI USA v. Matthew Green (tt) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it a...

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based on **LCrR 57.10(b)(4)**[1]: | |
| ☐Yes ☑No | **AUSA's Initials: BL** |

Case Title: USA v. <u>Matthew Green</u>

County where offense occurred: <u>Genesee</u>

Offense Type: Felony

```
F I L E D
  SEP 06 2023
U.S. DISTRICT COURT
  FLINT, MICHIGAN
```

## Superseding Case Information

Superseding to Case No: _____  Judge: _____

Reason:

| **Defendant Name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case**

September 6, 2023
Date

s/Blaine Longsworth

Blaine Longsworth
Assistant United States Attorney
600 Church Street
Flint, MI 48502
blaine.longsworth@usdoj.gov
(810) 766-5177

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.